UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 99-649 CR MIDDLEBROOKS

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

GEORGIOS TSOUKALAS,
    Defendant(s).
_____/



## ORDER ON MOTION FOR NEW TRIAL

**THIS CAUSE** has come before the Court upon the Defendant's Motion For New Trial, filed May 15, 2008. (DE # 96). The Government filed a response on May 30, 2008. (DE # 97). Defendant filed a reply on June 20, 2008. (DE # 98).

Defendant moves for a new trial based on newly discovered evidence. Defendant argues that such evidence consists of newspaper and internet articles, and U.S. Court files that would provide an alternative theory of defense not available to him at the time of trial. On April 28, 2000, after having been found guilty by a jury, Defendant was sentenced to 151 concurrent months as to each count of the indictment. The conviction was affirmed on appeal.

Federal Rule of Criminal Procedure 33(b)(1) states that "any motion for new trial grounded on newly discovered evidence must be filed within 3 years after the verdict or finding of guilty." It is clear that Defendant is beyond the filing deadline. The instant motion is time barred.

Further, Defendant moves, pursuant to Fed. R. Crim. P. 45(b)(1)(B), to extend the filing deadline due to excusable neglect. Defendant's argues that he had difficulty accessing the internet. He also adds that he "worked assiduously to improve his English and his knowledge of the rudiments of American Jurisprudence." (DE # 98, P. 5). Eight years have passed since his conviction. It is

unreasonable to believe that, for the reasons given, Defendant could not have filed this motion timely. The Court finds that Defendant has not established a basis for excusable neglect.

Further, Defendant does not meet the standard for a new trial set forth by the Eleventh Circuit in United States v. Schlei, 122 F. 3rd 944, 991 (1997). Though it is clear that Defendant's "evidence" was discovered after trial, there was no excusable neglect. Further, the information is not material to this case. Articles regarding other individuals being used as mules are not directly related to Defendant or his case. Therefore, the information is not such that a new trial would produce a different result. The Court being fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Motion is hereby **DENIED**.

**DONE AND ORDERED** at West Palm Beach, Florida, this _____ day of June, 2008.

DONALD M. MIDDLEBROOKS
**UNITED STATES DISTRICT JUDGE**

cc:   Counsel of Record
      Defendant Pro Se